**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony DEHANEY, a.k.a. Ewart Dehaney, a.k.a. Ewart Anthony Dehaney, Defendant–Appellant.**

**No. 09–10132**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 2, 2009.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Anthony Dehaney, Miami, FL, pro se.

---

1. Ishmael's request for oral argument is denied.

Before TJOFLAT, EDMONDSON and ANDERSON, Circuit Judges.

PER CURIAM:

Alvin E. Entin, appointed counsel for Anthony Dehaney in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dehaney's convictions and sentences are **AFFIRMED.**